IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION | * * * |
| Bradley Martinez | * * |
| V. | * Civil NO. JFM-96-3421 |
| SCIENTIFIC SPINAL, LTD. | * * |

**************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Bradley Martinez this 5d day of _____, 2000.

J. Frederick Motz
United States District Judge

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 8 - 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY