IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY ANDERSON, ET AL.          *
                                  *
v.                                *   Civil No. JFM-95-3956
                                  *
SCIENTIFIC SPINAL, LTD.           *
                              *****

ORDER

In accordance with this court's January 20, 2000 Order Of Partial Dismissal without prejudice as to plaintiff Mary Ann Olinger in Civil Action No. JFM-96-3421, the claim of Ms. Olinger in Civil Action No. JFM-95-3956 is also dismissed without prejudice.

J. Frederick Motz
United States District Judge

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 22 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY
BY