IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION | * * * |
| Bradley Martinez v. Scientific Spinal, Ltd., et al | * * |
| V. | *   Civil NO. JFM-96-3421 |
| SCIENTIFIC SPINAL, LTD. | * |

**************

## ORDER

Considering the foregoing Motion to Withdraw Appearance;

IT IS ORDERED that counsel Andrea S. Lestelle, Roy F. Amedee, Jr. and Julia McInerny are hereby withdrawn as counsel for plaintiff Donnie Pittsinger this 22nd day of Mar, 2000.

J. Frederick Motz
United States District Judge

____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

MAR 22 2000

CLERK U.S. ...ORE
DISTRICT OF MARYLAND
BY _____ DEPUTY