IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRADLEY MARTINEZ, ET AL.   *
                            *
v.                          *   Civil No. JFM-96-3421
                            *
SCIENTIFIC SPINAL           *
                         *****

ORDER

Plaintiff having failed to show good cause as to why this action should not be dismissed without prejudice pursuant to Local Rule 103.8.b in accordance with this court's order dated May 11, 2000, it is, this 14th day of July 2000

ORDERED that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
J. Frederick Motz
United States District Judge


